Benjamin F. Johns (admitted *pro hac vice*)
bfj@chimicles.com
Samantha E. Holbrook (admitted *pro hac vice*)
seh@chimicles.com
Alex M. Kashurba (admitted *pro hac vice*)
amk@chimicles.com
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

 [additional counsel on signature page]

*Counsel for Plaintiffs and the Putative Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| AMIR KAVEHRAD,  DEREK WILLIAMS, and NIKITA BOGOLYUBOV on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>VIZIO INC. and VIZIO HOLDING CORP.<br><br>            Defendants. | Case No. 8:21-cv-01868 JLS (DFMx)<br><br>**PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br><br>JUDGE:  Hon. Josephine L. Staton<br>CTRM:   10A |

Plaintiffs Amir Kavehrad, Derek Williams, and Nikita Bogolyubov ("Plaintiffs"), individually and on behalf of all others similarly situated, file this Second Amended Class Action Complaint against Defendants VIZIO Inc. and VIZIO Holding Corp. (collectively, "VIZIO" or "Defendants"), and allege the following based on personal knowledge as to their own conduct, and upon information and belief as to all other matters.

## SUMMARY OF THE ACTION

1.     This is a consumer protection class action on behalf of individuals who purchased the following flat-screen models of VIZIO OLED, LED 4K UHD and P-Series televisions: OLED65-H1; OLED55-H1; P65Q9-H1; P65Q9-J01; P75Q9-J01; P75Q9-H1, P65QX-H1; P75QX-H1; and P85QX-H1 (collectively, "Class Televisions").

2.     While VIZIO markets the Class Televisions as top-of-the-line televisions with "the best proven technolog[y] to deliver exceptional performance" that "should work with you and your home" which "[g]ets [b]etter [o]ver [t]ime"[1] the Class Televisions are defective. The Class Televisions suffer from repeated and unexpected power-related failures which prevent them from working reliably. In particular, the Class Televisions will power off repeatedly while in use, or fail to power back on after being left off for some time (collectively, the "Power Defect"). When the Class Televisions unexpectedly power off, the consumer often must do a hard reset – get up, unplug and replug the television back in, rather than simply pressing the power button on the remote control. Sometimes, even the hard reset fails to power the televisions back on.

3.     VIZIO controlled the design, manufacture, testing, marketing, and sale of the Class Televisions (directly and indirectly through third parties), which sold at price points generally ranging from $1,299 to $2,999. VIZIO knew the Class Televisions were defective at or before the time of release through pre-release testing and complaints from

---

[1] *See* https://web.archive.org/web/20200805051629/https://www.vizio.com/en/tv/oled; https://web.archive.org/web/20210107101632/https://www.vizio.com/en/tv/p-series (last visited Aug. 25, 2022).

consumers shortly after launch. Despite knowing that the Class Televisions were prone to failure, VIZIO failed to disclose to consumers that the Class Televisions are defective. Although the Class Televisions came with a one-year written warranty covering defects, VIZIO routinely refuses to honor its warranty obligations. When consumers contact VIZIO about the Power Defect, VIZIO's response varies significantly, but is always ineffective. Sometimes VIZIO support walks customers through troubleshooting steps which do not help. When VIZIO does offer a repair it does not actually fix the Power Defect. Often, instead attempting to fix the reported problems, VIZIO would punt any warranty repairs, and instead promised a "firmware update" that took almost a year to roll out and likewise did not remedy the Power Defect.

4. The Power Defect is substantially certain to manifest—countless consumers have reported power failures with their Class Televisions, many of them very soon after purchase. Some consumers report that the Class Televisions exhibited power failures right out of the box, with their Class Televisions turning on and off during installation for seemingly no reason. Several owners report that the Class Televisions would fail to power on altogether. Consumers further report that communications with VIZIO's technical support were unsuccessful, as even VIZIO's own trained technicians could not solve the power failure problems, leading some consumers to have to return or replace their Class Televisions. To date, almost two years after the launch, the Power Defect remains unfixed. Plaintiffs have consequently been deprived of the benefit of their bargain.

5. The Power Defect existed in each of the Class Televisions at the time they were sold. As a result of VIZIO's unfair, deceptive, and/or fraudulent business practices, owners of Class Televisions, including Plaintiffs, have suffered an ascertainable loss, injury in fact, and otherwise have been harmed by VIZIO's conduct. Plaintiffs and class members were thus deprived of the benefit of their bargain, and Plaintiffs bring this action to obtain relief for himself and others who purchased Class Televisions. Plaintiffs seek monetary and other appropriate relief for damages suffered, declaratory relief, and public injunctive relief.

6. VIZIO's deceptive marketing and the sale of the Class Televisions with the undisclosed Power Defect continue to this day. On behalf of the general public of California, Plaintiffs Williams and Bogolyubov also seek declaratory and public injunctive relief against VIZIO to, *inter alia,* provide restitution, and enjoin it from continuing to deceptively advertise and sell its Class Televisions without disclosing the presence of the Power Defect.

## **PARTIES**

7. Plaintiff Amir Kavehrad is an adult individual and a citizen and resident of Pottstown, Pennsylvania.

8. Plaintiff Derek Williams is an adult individual and a citizen and resident of Whittier, California.

9. Plaintiff Nikita Bogolyubov is an adult individual and a citizen and resident of North Hollywood, California.

10. Defendant VIZIO Inc. is incorporated under California law and maintains its principal place of business at 39 Tesla, Irvine, California 92618, located in Orange County, California.

11. Defendant VIZIO Holding Corp. was founded in 2002 and is headquartered at 39 Tesla, Irvine, California 92618 located in Orange County, California. The company, through its subsidiaries, provides smart televisions, sound bars, and accessories in the United States.

12. Vizio Holdings Company is a publicly traded company and it is believed to be the parent company of Vizio, Inc.

13. VIZIO itself does not distinguish between the two entities. On its website, it says on some pages that Vizio, Inc. owns all of the trademarks, copyrights, designs, and intellectual property. Other pages refer to Vizio Holdings Company. VIZIO's warranty refers only to VIZIO and does not distinguish with which entity consumers are contracting.

SECOND AMENDED CLASS ACTION COMPLAINT

14.     Upon information and belief, to the extent they are different companies, both VIZIO Defendants were involved in the design, testing, manufacture, marketing, and sale of Class Televisions.

15.     At all relevant times, each VIZIO Defendant acted in all aspects as the agent and alter ego of one another, and reference to "VIZIO" refers to each VIZIO Defendant individually and collectively.

## JURISDICTION AND VENUE

16.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 of the Class Action Fairness Act of 2005 because: (i) there are 100 or more class members, (ii) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs, and (iii) there is minimal diversity because at least one plaintiff and the defendant are citizens of different states. This Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

17.     Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1391 because VIZIO is headquartered within this judicial district, transacts business in this district, and is subject to personal jurisdiction in this district. Additionally, VIZIO has advertised in this district and has received substantial revenue and profits from its sales of its products, including the Class Televisions, in this district.  Therefore, a substantial part of the events and/or omissions giving rise to the claims herein occurred, in part, within this district.

18.     This Court has personal jurisdiction over VIZIO because VIZIO maintains its headquarters within this judicial district has conducted substantial business in this judicial district, and intentionally and purposefully placed its products into the stream of commerce within the state of California and throughout the United States.

## PLAINTIFF-SPECIFIC ALLEGATIONS

**Plaintiff Amir Kavehrad**

19.     On or about June 22, 2021, Plaintiff Kavehrad purchased a VIZIO OLED television (model no. OLED65-H1) for approximately $1,499.99 from Best Buy.

20.     Before purchasing his VIZIO OLED, Mr. Kavehrad saw advertisements and marketing materials from VIZIO about Class Televisions. Immediately upon receiving this television, but before using it, Mr. Kavehrad viewed the VIZIO OLED's packaging and went through the television initial setup process, in which VIZIO provided him with more information about the television.

21.     On July 7, 2021, Plaintiff Kavehrad sent an opt-out letter to VIZIO pursuant to the provisions of its arbitration opt-out procedure outlined in its terms and conditions. His correspondence advised Vizio that he was electing to opt-out of VIZIO's arbitration clause.

22.     Within the first week of owning the VIZIO OLED, it began to fail.  The television began powering-off repeatedly and  without warning. When the VIZIO OLED would unexpectedly power-off, it would fail to power-on after being powered-off for some time.

23.     Plaintiff Kavehrad downloaded the firmware update but it did not fix the Power Defect.

24.     Plaintiff Kavehrad continues to experience power issues impacting the functionality of his VIZIO OLED.  Had he been made aware of the existence of the Power Defect, he would not have purchased the VIZIO OLED or would have paid significantly less for it. Plaintiff and Class Members relied on VIZIO's representations that the Class Televisions functioned as they were intended to, with a properly working power feature. As a result of VIZIO's conduct, Mr. Kavehrad has been injured.

25.     If the televisions function as advertised, Plaintiff Kavehrad would purchase one or more additional VIZIO televisions in the future. However, Plaintiff Kavehrad cannot rely on the validity of the information advertised due to VIZIO's omission of the existence of the Power Defect. Absent injunctive relief in a way that ensures that this material information is fully and accurately disclosed, Plaintiff Kavehrad faces the similar injury of being unable to rely on VIZIO's representations in its product advertising and labeling in deciding whether or not he should purchase the product in the future.

SECOND AMENDED CLASS ACTION COMPLAINT

**Plaintiff Derek Williams**

26.     On or about January 26, 2021, Plaintiff Williams purchased a VIZIO QLED television (model no. P75QX-H1) for approximately $1,599.99 from Best Buy.

27.     Before purchasing his VIZIO QLED, Mr. Williams  saw advertisements and marketing materials from VIZIO about Class Televisions. Immediately upon receiving this television, but before using it, Mr. Williams viewed the VIZIO QLED's packaging and went through the television initial setup process, in which VIZIO provided him with more information about the television.

28.     Within the first two weeks  of owning the VIZIO QLED, it began to fail. The television began powering-off repeatedly. When the VIZIO QLED would unexpectedly power-off, it would fail to power-on after being powered-off for some time.

29.     On February 23, 2021, he reached out to Vizio customer service about the issues his TV was having only to be advised to go through a number of troubleshooting steps that failed to correct the problem. The representative set-up an appointment to have a technician diagnose the issue. The technician initially replaced the TV's power board believing that was the cause of the issue.

30.     However, the power-related issues only worsened following the repair, so the technician ended up reinstalling the original power board. Vizio further advised him that the problems his TV would experience would be fixed with an upcoming firmware release.

31.     After the firmware update finally became available, Plaintiff Williams installed the update in or around October 2021. The firmware update, however, failed to remedy the Power Defect in Plaintiff Williams' VIZIO OLED.

32.     At the time he purchased his VIZIO OLED, Plaintiff Williams was not aware of, and VIZIO did not disclose anywhere on its product packaging or elsewhere, that the Class Televisions are plagued with the Power Defect.

33.     Plaintiff Williams continues to experience power issues impacting  the functionality of his VIZIO OLED.  Had he been made aware of the existence of the Power

Defect, he would not have purchased the VIZIO OLED or would have paid significantly less for it. Plaintiff and Class Members relied on VIZIO's representations that the Class Televisions functioned as they were intended to, with a properly working power feature. As a result of VIZIO's conduct, Mr. Williams has been injured.

34.     If the televisions function as advertised, Plaintiff Williams would purchase one or more additional VIZIO televisions in the future. However, Plaintiff Williams cannot rely on the validity of the information advertised due to VIZIO's omission of the existence of the Power Defect. Absent injunctive relief in a way that ensures that this material information is fully and accurately disclosed, Plaintiff Williams faces the similar injury of being unable to rely on VIZIO's representations in its product advertising and labeling in deciding whether or not he should purchase the product in the future.

35.     Plaintiff Williams initially filed an arbitration on October 11, 2021, with the American Arbitration Association ("AAA") pursuant to VIZIO's arbitration clause. In a letter dated November 23, 2021, however, the AAA declined to adjudicate the case, citing VIZIO's failure to comply with the AAA's Consumer Due Process Protocol and VIZIO's failure to register the arbitration clause with the AAA. The letter indicated that Plaintiff may submit the dispute to the appropriate court and further stated that the AAA "must decline to administer this claim and any other claims between Vizio, Inc. and its consumers at this time."

**Plaintiff Nikita Bogolyubov**

36.     On or about November 22, 2020, Plaintiff Bogolyubov purchased a VIZIO OLED television (model no. OLED55-H1) for approximately $991.49 from Best Buy.

37.     Before purchasing his VIZIO OLED, Mr. Bogolyubov  saw advertisements and marketing materials from VIZIO about Class Televisions. Immediately upon receiving this television, but before using it, Mr. Bogolyubov viewed the VIZIO OLED's packaging and went through the television initial setup process, in which VIZIO provided him with more information about the television.

SECOND AMENDED CLASS ACTION COMPLAINT

38.     Within the first three weeks  of owning the VIZIO OLED, it began to fail. The television began powering-off repeatedly. When the VIZIO OLED would unexpectedly power-off, it would fail to power-on after being powered-off for some time.

39.     On January 28, 2021, he reached out to VIZIO customer service about the issues his TV was having only to be advised to go through a number of troubleshooting steps that failed to correct the problem. For a number of months, Plaintiff went back-and-forth with Vizio's customer service to troubleshoot a solution to the issue. At one point, VIZIO support indicated that sending a technician would be fruitless to fix the problem and suggested Plaintiff Bogolyubov pay $250 in shipping costs for a new television. Because these shipping costs represented almost a third of the cost of the television that never worked correctly, Plaintiff Bogolyubov declined this suggestion. Vizio ultimately advised Plaintiff Bogolyubov that the problem would be fixed by a future firmware update.

40.     After the firmware update finally became available, Plaintiff Bogolyubov installed the update on October 27, 2021. This long awaited firmware updated, however, did not remedy the defect and Plaintiff Bogolyubov continues to experience manifestation of the Power Defect.

41.     At the time he purchased his VIZIO OLED, Plaintiff was not aware of, and VIZIO did not disclose anywhere on its product packaging or elsewhere, that the Class Televisions are plagued with the Power Defect.

42.     Plaintiff Bogolyubov continues to experience power related issues impacting the functionality of his VIZIO OLED.  Had he been made aware of the existence of the Power Defect, he would not have purchased the VIZIO OLED or would have paid significantly less for it. Plaintiff and Class Members relied on VIZIO's representations that the Class Televisions functioned as they were intended to, with a properly working power feature. As a result of VIZIO's conduct, Mr. Bogolyubov has been injured.

43.     If the televisions function as advertised, Plaintiff Bogolyubov would purchase one or more additional VIZIO televisions in the future. However, Plaintiff

- 8 -

Bogolyubov cannot rely on the validity of the information advertised due to VIZIO's omission of the existence of the Power Defect. Absent injunctive relief in a way that ensures that this material information is fully and accurately disclosed, Plaintiff Bogolyubov faces the similar injury of being unable to rely on VIZIO's representations in its product advertising and labeling in deciding whether or not he should purchase the product in the future.

44.    Plaintiff Bogolyubov initially filed an arbitration with the AAA in August 2021. In a letter dated November 11, 2021, the AAA declined to adjudicate the case, citing VIZIO's failure to pay the required fees. The letter indicated that Plaintiff may submit the dispute to the appropriate court and further stated "[w]e request that Vizio Inc. remove the AAA name from its consumer arbitration clause so that there is no confusion to the public regarding our decision."

## COMMON FACTUAL ALLEGATIONS

### Television Ownership in the United States

45.    The two prominent types of displays that can be found across monitors, televisions, mobile phones, cameras and other devices with screens are LED (light-emitting diode), OLED (organic light-emitting diode) and QLED (quantum dot LED). LED is the most common type of display on the market. OLED and QLED are newer "luxury options" used in "flagship" phones and "high-end" televisions models.[2]

46.    LED screens use a backlight to illuminate their pixels, while OLED's pixels produce their own light. A pixel is a small element on a screen that can be accessed by a device such as a touch screen or monitor. This area can change color and also show movement by combining a group of pixels and having the motion move from one pixel to another. LED screens are generally brighter than OLED, whereas contrast on an OLED

---

[2] *See* Monney, Kob, *OLED vs LED LCD: the best display tech for you*, Trusted Reviews (July 6, 2021), available: https://www.trustedreviews.com/opinion/oled-vs-led-lcd-2924602.

display is far higher.[3] QLED televisions use quantum dots that are illuminated by the LED backlight that travels through the liquid crystal layers to create a picture.[4] The vast majority of Americans own a television of some kind. According to estimates, there are 121 million televisions in homes in the United States for the 2020-2021 television season.[5]

47.     The COVID-19 pandemic also has reportedly boosted television viewing. According to VIZIO, viewing on VIZIO smart televisions surged to 1.1 trillion minutes in 2020, up more than 20% from 2019 due to the coronavirus pandemic. VIZIO is the number two maker of smart televisions sold in the United States, with about 20% of the market over the past five years.[6] It identifies itself as "the #1 American-based TV brand."[7]

48.     VIZIO sells over 7 million televisions a year and generates close to $2 billion in revenue from those devices. It reportedly earns well over 90% of its revenue from television sales.[8]

---

[3] *See id.*

[4] https://www.pcmag.com/news/oled-vs-qled-whats-the-difference (last visited August 25, 2022).

[5] *See* https://www.statista.com/statistics/243789/number-of-tv-households-in-the-us/.

[6] *See* Hayes, Dade, *Viewing Leaps 20% to 1.1 Trillion Minutes in @020, Smart TV Maker VIZIO Says; Sports, News, Familiar Shows Dominate*, Deadline (Jan. 4, 2021), available: https://deadline.com/2021/01/tv-viewing-leaps-1-trillion-minutes-2020-covid-19-VIZIO-chicago-pd-1234664670/.

[7] *VIZIO Debuts Unprecedented Home Theater Experience with Masterful OLED Tv Collection and Elevate Sound Bar with Dolby Atmos and DTS:X*, PR Newswire (June 30, 2020),      available:      https://www.prnewswire.com/news-releases/vizio-debuts-unprecedented-home-theater-experience-with-masterful-oled-tv-collection-and-elevate-sound-bar-with-dolby-atmos-and-dtsx-301085271.html.

[8] *See*  Levy, Ari, *VIZIO is best known for bargain TVs, but wants IPO investors to focus on its high-growth ads business instead*, CNBC (Mar. 20, 2021), available: https://www.cnbc.com/2021/03/20/VIZIO-ipo-tv-company-focusing-on-ads-over-devices.html.

SECOND AMENDED CLASS ACTION COMPLAINT

## VIZIO Markets and Launches its LED and OLED Television <u>Touting Their Superior Display Capabilities</u>

49.    VIZIO was founded in Los Angeles nineteen years ago. It first introduced its line of LED Backlit LCD televisions in 2010.

50.    VIZIO released its P-Series televisions—its first consumer-grade 4K television—in 2014. It released its P-Series Quantum 4K LED televisions in 2020.

51.    VIZIO launched its first OLED televisions in late 2020. Its first OLED TV models were available in 55- and 65-inch sizes and offer 4K gaming with variable refresh rates up to 120Hz, which is an attractive feature to shoppers who want to use the television for gaming purposes. Its first 4K OLED televisions were on sale starting at $1,200. Today, the price for a VIZIO 55-inch OLED television is $1,299.99 and the price for a 65-inch OLED model is $1,899.99.

52.    VIZIO controls the design, development, marketing, sales, and support for the Class Televisions. VIZIO directed virtually every aspect of the development and manufacture of the Class Televisions.

53.    VIZIO sells the Class Televisions to consumers through authorized retailers, such as Amazon, Costco, Target, Sam's Club, Walmart and Best Buy.[9]

54.    VIZIO provides a limited warranty for all "Smart Products" including all "internet-connected 'smart' VIZIO products, including related software, hardware/equipment, documents and content."[10] Under the express terms of its limited warranty, "VIZIO warrants the product against defects in materials and workmanship when the product is used normally in accordance with VIZIO'S user guides and

---

[9] https://www.vizio.com/en/official-retailers.
[10] *See* https://www.vizio.com/en/terms/terms-of-service.

SECOND AMENDED CLASS ACTION COMPLAINT

manuals."[11] VIZIO warrants products on these terms for one year from the date of original purchase.[12]

55.    VIZIO markets its P-Series QLED televisions as a top-of-the-line television with "out of this world picture quality," "explosive brightness" and a "lightning-fast IQ Ultra processor [that] delivers superior 4K image quality for a powerfully transportive viewing experience."[13]

56.    VIZIO advertises its OLED televisions as having "the perfect picture" and "refined attention to every detail." It touts the OLED as having "unparalleled power" with its "IQ Ultra processor" which "delivers the fastest, smartest, best-in-class picture processing with a powerful 4K upscaling engine, and HDMI 2.1 connectivity for unrivaled responsiveness."[14]

57.    In its June 2020 press release announcing the release of its OLED televisions, VIZIO said the OLEDs were "[b]uilt for the consumer who demands nothing less than the best." Bill Baxter, Chief Technology Officer of VIZIO further stated that, "[a]t VIZIO, we constantly strive to raise the bar for picture and sound quality, delivering complete entertainment as no other manufacturer can." The debut of the first OLED television and "its leading-edge picture processing," said Baxter, "mak[es] good on that commitment to consumers."[15]

---

[11] *See* http://cdn.vizio.com/misc/KBImages/models/OLED2020/2021_OLED55-H1_OLED65-H1-UM-ENG.pdf; http://cdn.vizio.com/user-manual/PDF/2020/TV/P9-Series_P65Q9-H1_P65Q9-H61_P75Q9-H1_P75Q9-H61-UM-ENG.pdf; User Manual: P65QX-H1, P75QX-H1, P85QX-H1 ENG (vizio.com).
[12] *See id.*
[13] *See* https://www.vizio.com/en/tv/p-series.
[14] *See* https://www.vizio.com/en/tv/oled.
[15] *VIZIO Debuts Unprecedented Home Theater Experience with Masterful OLED Tv Collection and Elevate Sound Bar with Dolby Atmos and DTS:X*, PR Newswire (June 30, 2020),    available:    https://www.prnewswire.com/news-releases/vizio-debuts-unprecedented-home-theater-experience-with-masterful-oled-tv-collection-and-elevate-sound-bar-with-dolby-atmos-and-dtsx-301085271.html.

SECOND AMENDED CLASS ACTION COMPLAINT

58.     After purchasing their Class Televisions, Plaintiffs undertook VIZIO's standard setup process on his television in accordance with the user manual. The user manual also explains the seemingly basic function of pressing the power button to turn the television on, and pressing and holding the power button to turn the television off. The manual further provided that a user's television "should be installed and the power cord should be connected to an electrical outlet" before beginning the first-time setup. The on-screen instructions that appeared once the television was power-on and connected to the internet walked the user step-by-step through customizing the television by (1) choosing a language, (2) choosing a preferred use, (3) choosing a country, (4) choosing a Wi-Fi network and entering the password; (5) naming the TV; (6) scanning for channels; (7) accepting VIZIO's Terms & Conditions, and (8) viewing and accepting VIZIO's Viewing Data Policy. At no place in the User Manual or during this on-screen set-up process did VIZIO disclose any defect associated with the television repeatedly powering off without user input and/or failing to power back on.[16]

59.     Prior to using their Class Televisions, Plaintiffs encountered VIZIO's external packaging of the Class Televisions. At no time did the external packaging disclose any defect associated with the power features of the Class Televisions.

60.     Plaintiffs were exposed to advertisements and marketing materials from VIZIO prior to and immediately after purchase. At no time did VIZIO disclose the Power Defect to Plaintiffs by including in its marketing or advertising materials that the Class Televisions are prone to power failures. VIZIO failed to disclose the Power Defect to Plaintiffs despite being aware of the Power Defect through pre-release testing and pre-market quality control and internal validation.

61.     As discussed more below, VIZIO was also put on notice of the Power Defect from consumer complaints which began almost immediately upon release of Class

---

[16]    *See,    e.g.,*    http://cdn.vizio.com/user-manual/PDF/2020/TV/P9-Series_P65Q9-H1_P65Q9-H61_P75Q9-H1_P75Q9-H61-UM-ENG.pdf;    User Manual: P65QX-H1, P75QX-H1, P85QX-H1 ENG (vizio.com)

SECOND AMENDED CLASS ACTION COMPLAINT

Televisions. Nevertheless, VIZIO continued (and continues to this day) to sell Class Televisions without disclosing the Power Defect, even as consumer complaints continued (and continue to this day) to mount.

62.     Importantly, VIZIO began receiving these consumer complaints before Plaintiffs purchased their Class Televisions.

### The Power Defect Manifests in the Class Televisions Soon After Launch

63.     The Class Televisions suffer from a latent defect—though they can appear to function normally out of the box, the Class Televisions' power feature is defective, causing the televisions to repeatedly shut down and fail to power on when they have been left off.

64.     Televisions that manifest the Power Defect are not suitable for their normal and intended purposes. Such power failures render a television essentially unusable when the television shuts off suddenly, and without warning. Often, users have to resort to unplugging the Class Television and then plugging them back in to get them to power back on, but even that does not work in every instance to restore power to the Class Televisions.

65.     The raison d'être of a television is to watch shows, movies, video games, etc. That core function is obviously thwarted when the television repeatedly turns itself off or does not turn on.

66.     Within weeks of the Class Televisions launching, consumers began posting about the Power Defects on social media, internet message boards, and product pages on retailer websites.[17] Like many companies, VIZIO monitors these online postings. This is further evidenced by the fact that VIZIO often responded on social media to these online complaints.

---

[17] *See, e.g.*, https://www.reddit.com/r/VIZIO_Official/comments/junr2w/oled_wont_turn_back_on_need_to_unplug_and_replug/; (last visited Aug. 25, 2022).

SECOND AMENDED CLASS ACTION COMPLAINT

67.     Many consumers also complained directly to VIZIO through VIZIO's own support page—either via text message or through a live agent chat feature.[18] Many others called or otherwise contacted VIZIO support.

68.     Customer complaints demonstrate that this is not an isolated issue. Many consumers have taken to the internet to gripe about the Power Defect and their failed experiences in receiving any sort of assistance from VIZIO in addressing or otherwise fixing the Power Defect. Class Members did not know, and had no reasonable means of discovering on their own, that the Class Televisions were defective prior to purchase.

69.     Publicly available complaints and consumer reviews demonstrate that the Power Defect manifests the same way across VIZIO's customer base, interfering with customers' use of the Class Televisions. Below are some examples of the numerous consumer complaints concerning manifestation of the Power Defect in their Class Televisions, many of whom experienced the Power Defect soon after installation. Upon information and belief, VIZIO monitors online forums and social media posts regarding its products and consumers.

    a.   Posted 1 year ago[19]
        i.   "I've had a great experience with Vizio in the past, and the ordering and delivery from Best Buy was smooth and quick. The tv looked great when it worked. But after only two days it will no longer turn on. **I noticed the tv randomly turning on and off during installation, but I assumed I was bumping the power button in the back. Happened again later after being mounted where the tv seemed to briefly turn off and then back on again, but I thought it had something to do with setting up CEC. On day 2 however, after working fine in the afternoon, it wouldn't turn back on in the evening. Tried different things, disconnect all input devices, but still nothing. Vizio tech support tried to help, but they couldn't figure it out. So I will be returning the TV.**

---

[18] *See* https://support.vizio.com/s/contact-us?language=en_US.
[19] https://www.bestbuy.com/site/reviews/vizio-55-class-oled-4k-uhd-smartcast-tv/6416810?rating=1 (last visited Aug. 25, 2022) (emphasis added).

SECOND AMENDED CLASS ACTION COMPLAINT

One thing I noticed after packing the tv up again is that the power cord that came with the unit doesn't match the shape on the back of the tv (non polarized vs polarized, respectively). Brought this up with Vizio tech support and they stated that this should be the cause. But I'm not sure about that. I've added pictures to show what I'm talking about. On another note, CEC commands seemed to be hit or miss on this unit when connected to an Apple TV and SONOS Amp. My previous TV (SONY) worked just fine with CEC, so I'm not sure what the issue was with the Vizio. But this is something that I expect they'll fix with a firmware update. Its a shame, the Vizio OLED looked really good."

b. Posted 8 months ago[20]

i. "I normally never right reviews but had to because of how horrible this has been. I purchased this tv after owning a Vizio LED TV. It had some issues but overall I loved it and was ready to upgrade to OLED. After reading some promising tech blog reviews and seeing this on sale I took the plunge. I have had this TV for 5 months now and here is my review:Setup: Audio – Sonos Arc, Streaming – Apple TV 4K, Gaming Consoles- Xbox Series X + Nintendo Switch. All HDMI cables are 2.1 certified cables. The TV has incredible picture that is really a huge step up from an LCD and even LED. The unit itself is gorgeous and looks great on a stand**. Cons:This TV constantly fails to power on.** Since I use Apple TV to watch most of my content, I use the Apple TV remote to power the TV on and off. 4/10 times the TV will power on as it should. 3/10 times **I have to dig up the Vizio remote or walk over to the TV to turn it on because it does not power up with the Apple TV. 1/10 times the TV says "no signal" on power up and I have to unplug the Apple TV HDMI and reconnect. 1/10 times I have to fully unplug the TV from power and reconnect it (sometimes several times) to have the TV power on because it will not respond to the remote or the built in power button. I have reset this TV back to factory settings over 20 times and reconfigured**

---

[20] *Id.* (last visited Aug. 25, 2022) (emphasis added).

**it and it still wont fix this.** Many times when the TV powers on, it forgets the soundbar and an annoying pop up stays on screen saying a new audio device has been configured. The TV has 2 power modes, eco and quick-start. In order to use Alexa or HomeKit the TV needs to be in quick-start. For some reason the TV always reverts to eco which essentially disables Alexa and HomeKit when the TV is powered off**. Vizio has claimed that they are aware of these issues but in the 5 months I have owned it, they have only released 1 update that fixed some issues (ie 120hz refresh rate for new consoles) but clearly do not seem concerned to fix something that should never have been broken in the first place.** My unit also did not come with a stand in the box (box was sealed, it was a factory error).I had a $200 Insignia Roku LCD TV with a similar setup and features that I never had to touch the TV remote nor once had an issue with at all.If you are deciding between this and a similar model from LG or Sony I would encourage you to spend the extra money on a TV that looks good and also powers on. This will be my last Vizio purchase."

    c. Posted 1 year ago[21]:

        i. Just bought 2 of these to use as computer monitors. Great image quality, WHEN I can get it to work. Some issues that are making me really think about returning it though:

           1) **If left turned off for awhile I have to unplug it then re-plug to be able to turn it back on again. (Other people have complained about same issue on other sites)**

           2) Its advertised to support VRR but its not active or on. (included picture). Professional reviewers at Rtings.com also say VRR not on.

           3)When using Netflix or Prime Video on computer or laptop, the screen goes black and flickers between HDR10 and HLG modes. The sound plays through computer speakers so I know its running, but the display goes crazy and doesn't show. The Netflix

---

[21]https://www.bestbuy.com/site/reviews/vizio-55-class-oled-4k-uhd-smartcast-tv/6416810?rating=1 (last visited Aug. 25, 2022) (emphasis added).

SECOND AMENDED CLASS ACTION COMPLAINT

and Prime on the TV work fine though. If Vizio would fix this issues in a firmware soon, then this will be an amazing buy at this price.

   d.  <u>Posted 1 year ago:</u>[22]

       i.  Picture is nice but the TV don't turn on unless I unplug it and plug it in. I called best buy customer service and they hung up on me. All I wanted was an exchange for a working TV, mobility issues make it hard to unplug and replace the TV from the outlet and defeats the purpose of the remote control.

   e.  <u>Posted 7 months ago:</u>[23]

       i.  Like may others have mentioned in their reviews, the picture is great. But everything else is awful, this TV is full of bugs that have not been addressed in the almost year since this tv has been release. Some of the most basic features of the TV do not work.

**- Sometimes the TV just doesn't power on**
- The settings are not retained between power cycles (particularly the luminance settings.
- Casting and Homekit work intermittently. For a platform called "Smartcast"

**Do you like a TV that powers on and remembers its settings? This TV is not for you. This doesn't seem to be a problem related to my particular unit, you can look at other reviews that seem to have the same problems where they have gotten replacements and it hasn't solved the issue.** It's embarrassing and probably criminal that Vizio that they would sell a TV in this state. Worst of all neither Best Buy nor Vizio will take responsibility for selling a broken product. I simply want a refund but they hide behind it being outside of the return window. Which shouldn't apply to selling a defective product and advertising features that don't work.

---

[22] *Id.*
[23] *Id.* (emphasis added).

f. <u>Posted 5 months ago:</u>[24]

    i. how to I make this 0 stars? Do a little bit of research before dropping this kind of cash. There are a ton of issuses with this TV and mine suffers from all of them. **The biggest issue is 80% of the time the screen wont display any image unless you unplug from the wall and disconnect any hdmi cables. then turn it on and cross your fingers. You will probably have to do this a couple times before you plug the hdmi back in. After a full day at work I have to spend anywhere between 5-30 mins to get the TV to turn on and actually use it.** Absolute garbage product.

g. <u>Posted 1 year ago:</u>[25]

    i. Is there a way to rate this no stars?! I have had two of these sets. The first set in the summer of 2020 was not sharp, lacked clarity, did not upscale content, had a blotchy backlight, and effectively did not appear to be high definition. Vizio replaced it with a second set. The second set, too, is not as clear as the 2018 Vizio P Series that it replaced and exhibits the same issues as the first P65Q9-H1 set. Vizio sent out a tech to replace something in this second P65Q9-H1 set. After that repair, this second set sporadically loses sound, will not connect to the smart apps, gives a green screen at other times when it does connect to the apps**, and at times will not power on. The solution most times is to attempt one or more hard restarts that involve unplugging the TV and holding the power button for thirty seconds or more, then plugging everything back in. I have contacted Vizio about this second set, but they have not been receptive to correcting the current issues.** Look at the photos and tell me if this is what you'd expect from a set that cost a grand. All I want is a TV that works in my family room. Instead I have a tv that provides nothing but problems followed by hours (yes

---

[24]https://www.bestbuy.com/site/vizio-65-class-oled-4k-uhd-smartcast-tv/6416848.p?skuId=6416848 (emphasis added).

[25]https://www.bestbuy.com/site/vizio-65-class-p-series-quantum-series-led-4k-uhd-smartcast-tv/6416449.p?skuId=6416449 (last visited Aug. 25, 2022) (emphasis added).

SECOND AMENDED CLASS ACTION COMPLAINT

hours) of online chats or phone calls that do not result in a resolution. As such, I have a tv that my children avoid. I finally had to move my smaller kitchen Samsung into the family room in order to bring the family back to that room. At this point, I will shell out money for a new family TV, and I guess that I have to eat this one. Yes, this has been a nightmare. The only other recourse I have is to let fellow consumers know that you are really rolling the dice when you purchase a Vizio.

h.  Posted 2 months ago:

i.  Ok, so im on my 2nd one cause the first one developed a brown spot near the power cable input. I just chalk that up to a bad unit. This tv, inspite of itself, can produce a 4k image at 120hz. How well and often it does it is depending on what device, cable, and input you select. Xbox series X The audio will glitch out and the aspect ratio will be off sometimes when selecting the input. Happens on inputs 3 and 4, which are the hdmi 2.1 ports. This is by far the best functioning device hooked up to the tv. And by best functioning i mean the only device i was able to take out of the box, plug it in, and it just worked. Playstation 5 Assuming that you managed to slay the kraken in order to obtain one, you'll be happy to know it just flat out doesnt work with hdmi 2.1. At all. You will be met with a screen of glitched out rainbow pixels. It barely works on hdmi 2.0. I have it running through the PSVR breakout box in order to get a signal in 4k at 60hz. DO NOT BUY THIS TV FOR PS5 ONLY. PC (Zotac Twinedge 3060 ti output) You can get 4k 120hz on pc ...with the right hdmi 2.1 cable. I tried using the cable that came with the series x, the ps5, and another rando cable i had. I tried the cables on ports 3 and 4. None of them would allow me to run above 4k 60hz. I bought an amazon basics hdmi 2.1 cable and that seem to fix the problem. The audio over 2.1 is glitchy. It literally goes from clear audio to chiptune sound waves back to clear audio in 2 minute intervals. **In General This tv crashes an unreasonable amount, to the point where you have to physically unplug the tv to reboot it.** Your not guaranteed an image or sound when switching between inputs. Horrible brown halo on white text against black

- 20 -

SECOND AMENDED CLASS ACTION COMPLAINT

backgrounds. Loads of apps ive never heard of or going to use. Cats sleeping dogs. ...this tv is just annoying. It works in very specific ways ...sometimes ...very annoyingly.[26]

i. Posted December 14, 2020:

What a joke.  I don't have the receipt for my tv, it shuts down won't power on at all, and their protocol is to say if it's older than expect that I might buy another Vizo TV. #Never again.[27]

j. Posted December 7, 2020:

Hello we got our second vizio oled H1 55 inch the first one had problems with port 2 nd 3 for my xbox series x, we return that one and got a replacement but this one have a problem that it wont turn on the next day unless that you unplug it and plug it back[28]

k. Posted November 23, 2020:

I just bought the vizio oled n the TV is amazing but buggy.  When is the update for next gen console coming @Vizio?  We need answers the entire world is waiting.  None of these features work on next gen console.  Plus the TV would sometimes turn off n would have to unplug completely[29]

l. Posted 2 years ago:

i. Hey guys my Vizio OLED TV won't turn on anymore I tried swapping out the non-polarized cable with a polarized cable but nothing will work on it.  Do you guys have any idea on what's going might be going on with my television?  Like I said I tried to swapping out the non-polarized cable from the wall outlet waiting 60 seconds

---

[26] *Id.* (emphasis added).

[27] https://twitter.com/mfcoburn/status/1338494611317252096 (last visited Aug. 23, 2022).

[28] https://twitter.com/masternight2010/status/1336133036786724871 (last visited Aug. 23, 2022).

[29] https://twitter.com/MikeMartinez8/status/1330990854316572672 (last visited Aug 23, 2022).

and plugging it back in to see if I could reset the TV and even that's not working can anybody help me?[30]

ii. Non functional -  After having a Vizio Led for 4 years with no issues I bought the OLED one at Best Buy and was quite excited about it. However, that didn't last long.  The TV kept shutting itself down and sometimes wouldn't even turn on unless you unplug from the AC and plugged it again  It would also not properly save the settings.  I found a lot of people having the same issues on Reddit and no response from Vizio on a firmware fix for this so I returned mine and got an LG.

**Response from VIZIO**:

Hello Juan, I would like to offer the assistance of our award-winning technical support team with this issue.   Pleae visit support.VIZIO.com and click on 'Contact Us'.  We've got agents ready to chat, text message, or speak with you on the phone.[31]

iii. Terrible software – I bought the tv about a month ago and have never had as many problems with a tv in my life.  Vizio has a reputable name so of course I wanted to give the oled a try.  Day one when I got the tv home it wouldn't power up.  So after plugging the tv up and unplugging it a few times I got it to power up.  The oled does have a beautiful picture but now every morning when I want to turn on the tv it won't power up again.  I have to unplug the tv for 30 minutes EVERY morning for it to come on now.   While I'm watching tv the sound just goes away at times and I have to reboot the tv sometimes 3 times before the sound comes back on.  At times the hdmi won't recognize it has the cable or game system connected so I have to turn it off and on again when that happens.  This is just unacceptable from vizio.  I hear there will be firmware updates but how long will that take?  I don't know what to do should I return the

---

[30] https://www.reddit.com/r/VIZIO_Official/comments/kh9nv2/my_55_inch_vizio_oled_tv_wont_turn_on_anymore/  (last visited Aug. 23, 2022).

[31] https://www.vizio.com/en/tv/oled/OLED55-H1 (last visited Aug. 23, 2022).

SECOND AMENDED CLASS ACTION COMPLAINT

tv and try another vizio oled or just stay clear of vizio because this is the beat quality they can produce right now.

**Response from VIZIO:**

Hello.  Very sorry to hear you are having issues with the TV needing to be power cycled often.  I would like to offer the assistance of our award-winning technical support team with this issue.  Please visit support.VIZIO.com and click on 'Contact Us'.  We've got agents ready to chat, text message, or speak with you on the phone.[32]

### **VIZIO Fails to Adequately Address or Disclose the Power Defect**

70.     VIZIO's registration statements confirm that each product undergoes testing at the testing facilities of VIZIO's third-party manufacturers under VIZIO's control. Further, VIZIO confirms its LCD panels "go through a proprietary test method in manufacturing . . . ."[33] On information an belief, pre-release testing performed by VIZIO on the Class Televisions included durability, reliability, and/or environmental testing. VIZIO would subject the Class Televisions to power-related testing and analysis to replicate consumer use and evaluate the performance of the Class Televisions. VIZIO's rigorous testing to ensure quality necessarily revealed to it that the Class Televisions experienced power failures during the course of normal use and are plagued with the Power Defect. Based on this pre-production testing, pre-production design or failure mode analysis, and post-production testing, research, and product failure analysis, VIZIO was aware of the Power Defect in its Class Televisions but did not correct the defect prior to sale in order to achieve higher profits in selling the Class Televisions, which they falsely marketed as defect-free. This information was not available to Plaintiffs and members of the Class at the time of their purchases.

71.     The Power Defect would have been particularly easy to detect during any pre-release testing, demonstrations, etc. since it can happen anytime the TV is powered on. Because of the nature of televisions, VIZIO and its third-party manufactures would

---

[32] *Id.* (last visited Aug. 23, 2022).

[33] *See, e.g.*, VIZIO Holding Corp. SEC Form S-1 Registration Statement (Mar. 1, 2021).

1  have extensively studied and tested many aspects of Class Televisions that would have

2  involved the televisions being powered on for extended periods of time. VIZIO, like all

3  television makers puts out extensive information on each model's resolution, frame

4  refresh rate, color contrast, brightness, viewing angles, processor speed, estimated annual

5  electricity consumption, and numerous other attributes that would be impossible to

6  develop, measure, and test without spending countless hours with Class Televisions

7  powered on.

8      72.  VIZIO was aware of the consumer complaints soon after release of the Class

9  Televisions. Not only did many consumers contact VIZIO directly, but VIZIO's public

10  responses to complaints from Class Television customers about purported "firmware

11  fixes" demonstrates VIZIO's knowledge of the Power Defects Class Television owners

12  were experiencing.[34]

13      73.  VIZIO even posted a dedicated page on its customer support site for

14  consumers whose televisions "won't power on/will not turn on/no power." The article

15  was "intended to help TV's that will not turn on, or are turning themselves off."[35] The

16  article, however, only provides consumers with time consuming troubleshooting tips—

17  including unplugging the television and plugging it back in—and does not indicate that

18  there is any actual fix or repair to remedy the Power Defect.

19      74.  Despite all of the above, VIZIO continued (and continues to this day) to sell

20  Class Televisions without disclosing the Power Defect to potential new consumers.

21

22

23

24

25  [34]*See, e.g.* https://www.bestbuy.com/site/reviews/vizio-55-class-oled-4k-uhd-smartcast-

26  tv/6416810?rating=1.

27  [35] *See* VIZIO Support, "My device won't power on/will not turn on/no power," available:

28  https://support.vizio.com/s/article/My-device-won-t-power-on-will-not-turn-on-no-
power?language=en_US.

SECOND AMENDED CLASS ACTION COMPLAINT

75.   In addition to the complaints, online publications were also beginning to emerge about the Power Defect, trying to provide consumers with workarounds since VIZIO was not taking any steps to resolve the issue itself.[36]

76.   *The New York Times* even removed the VIZIO OLED TV from its compilation article of recommended gaming televisions due to reported issues from owners about power-related failures. *The New York Times* reported that while it "originally had Vizio's OLED TVs listed in Other good gaming TVs …we've seen reports of users experiencing power issues and other software bugs when feeding the OLED TVs a 4K/120 Hz signal from gaming consoles."[37]

77.   Despite being aware of the Power Defect, VIZIO has yet to acknowledge the problem or offer a suitable remedy. VIZIO instead tries to downplay the significance of the Power Defect, claiming that the issue is "not common."[38] Examples of customer complaints experiencing the exact same issues tell a different story. Notably, none of the customer complaints demonstrate that this is a problem that they anticipated or knew about prior to purchasing their Class Televisions, as VIZIO worked to conceal the Power Defect from consumers.

78.   VIZIO's customer service support for the Class Televisions is reportedly unhelpful, and consumers generally report that VIZIO technical support cannot "figure out" or cure the power related failures. Some users have even complained that VIZIO has

---

[36] *See, e.g. Vizio TV Keeps Restarting (During Setpup/After Update/Won't Restart)*, available: https://readytodiy.com/vizio-tv-keeps-restarting-during-setup-after-update-wont-restart-0051/; *Vizio TV Keeps Turning Off or Won't Turn Off*, available: https://readytodiy.com/vizio-tv-keeps-turning-off-or-wont-turn-off-0051/;

[37] *See* Heinonen, *The Best TV for Video Games*, New York Times (May 10, 2021), available: https://www.nytimes.com/wirecutter/reviews/best-tv-for-video-games/.

[38] *See, e.g.*, https://www.bestbuy.com/site/reviews/vizio-55-class-oled-4k-uhd-smartcast-tv/6416810?rating=1 (last visited Aug. 25, 2022).

SECOND AMENDED CLASS ACTION COMPLAINT

1    acknowledged that it is aware of the Power Defect, yet it does "not seemed concerned to

2    fix something that should never have been broken in the first place."[39]

3         79.    There is no known fix for the Power Defect. But instead of offering refunds

4    or non-defective replacements, VIZIO's uniform response is to provide owners that report

5    either issue to go through a series of troubleshooting steps to diagnose the problem or—

6    when the troubleshooting steps inevitably fail—promise consumers that an elusive

7    "forthcoming firmware fix" will be available at some unspecified point in the future to

8    fix the problems. Multiple firmware updates later, it remains unremedied. Other

9    consumers complain that VIZIO promises to return phone calls or send a service

10   technician, but never follows through on its promises. Several users summarize their

11   experiences in contacting VIZIO about the Power Defect on the Better Business Bureau

12   complaints forum:

    a.   Posted 9/19/2021[40]

       i.   "There is a common issue with the Vizio Oled TV I purchased where it will sometimes fail to power on, and sometimes fail to show a screen, when connected to a PS5. I have had the TV for 11 months, with Vizio promising a firmware solution that has yet to release. Vizio support would not honor a warranty request for a refund, or a replacement model that did not have these issues. I am still under warranty. Vizio case number 22530904."

    b.   Posted 9/6/21[41]

       i.   "In late July I called Vizio about my 55 inch tv not powering on. After troubleshooting with an agent they determined the tv needing repair and would need a tech to fix it. It was a month before someone got a hold of me and they the scheduled an appointment and never showed up. So I have been waiting 2 months for my tv to be fixed with absolutely no

---

[39]https://www.bestbuy.com/site/reviews/vizio-55-class-oled-4k-uhd-smartcast-tv/6416810?rating=1 (last visited Aug. 25, 2022).

[40]https://www.bbb.org/us/ca/irvine/profile/audio-visual-equipment/vizio-1126-13209958/complaints (last visited Aug. 25, 2022).

[41] *Id.* (last visited Aug. 25, 2022).

SECOND AMENDED CLASS ACTION COMPLAINT

communication from vizio. I did call to voice my concern and the agent promised me someone would show up the next day. No one showed up. If I do not have a replacement tv I will be seeking legal advice do to the fact my tv should be replaced. Completely inexcusable that a company treat a customer like this."

c. Posted 8/31/2021[42]

    i. "I bought a Vizio TV last December. In January it would not turn on. I chatted with Vizio and they had me reset it. This happened a few more times and I reset it on my own. It again happened a few weeks ago. I chatted again and they had me reset it. I explained I have already done this several times. It should not happen to a new TV. They said it was under warranty and if it happened again to call them . I saved the January chat and the one a few weeks ago for proof. This is a faulty TV and they will not replace it. I asked for a manager. They gave me a number for **** who my wife and I have called probably ten times and left several messages. She has never called us back. I think this company is not honoring its warranty and is purposely not calling us."

d. From Elisha K, on 9/29/21[43]

    i. "DON'T BUY VIZIO. vizio *****. I have a 65 inch vizio it freezes sometimes. I have a 55 vizio sometimes I have to to unplug it and plug it back it for it to come on."

80.    VIZIO has long known that the Class Televisions are fatally flawed. Standard product testing should have alerted VIZIO to the Power Defect even prior to launching the devices. VIZIO also began receiving online complaints in late 2020, almost immediately after launch.

---

[42] *Id.* (last visited Aug. 25, 2022).
[43] https://www.bbb.org/us/ca/irvine/profile/audio-visual-equipment/vizio-1126-13209958/customer-reviews (last visited Aug. 25, 2022).

SECOND AMENDED CLASS ACTION COMPLAINT

81.   Despite the growing number of complaints, and VIZIO's knowledge of the Power Defect, VIZIO has declined to provide its customers with adequate warranty service in accordance with their reasonable expectations.

82.   The VIZIO warranty provides that, if there is a defect, "VIZIO will (at its option) repair or replace it, or refund the purchase price to you."[44] Plaintiffs and members of the Class lacked the ability to negotiate or even review the terms of the warranty prior to purchase. The warranties are offered on a "take-it-or-leave-it" basis.

83.   Instead of providing refunds or replacing Class Televisions with non-defective televisions, VIZIO exercises its discretion under the warranty to refuse to repair or replace the defective televisions and continue to deny customers access to an adequate fix that will remedy the Power Defect.

84.   In response to warranty claims, VIZIO wasted its customers' time with futile troubleshooting sessions, or provided ineffective repairs or "quick fixes", often resulting in repeat failure. VIZIO thereby precluded its customers from realizing warranty benefits.

85.   Despite knowing of the Class Televisions' defective nature before it placed the Class Televisions on the market and before Plaintiffs purchased their Class Televisions, VIZIO failed to disclose the Power Defect and its associated problems to Plaintiffs and other consumers prior to purchase and failed to provide Class Television owners with an adequate remedy when the Power Defect manifested. Instead, VIZIO downplayed the severity and scope of the problem, and tried to sweep the Power Defect under the rug with ineffective warranty service. Meanwhile, VIZIO continued to promote its Class Televisions as top-of-the-line and as offering one of the best televisions on the market.

86.   VIZIO has made hollow promises for a firmware fix that has yet to materialize. VIZIO still has not remedied the Power Defect, recalled the Class

---

[44] https://www.vizio.com/en/terms/warranty-and-returns (last visited Aug. 25, 2022).

SECOND AMENDED CLASS ACTION COMPLAINT

Televisions, provided restitution, extended its warranty, or disclosed the existence of the Power Defect.

87.    VIZIO representatives not just monitored but responded to consumer complaints on forums such as reddit. The representatives made clear VIZIO was aware of the problem, had been working on a fix for a while, and promised that the firmware update would fix the problem. For example on September 17, 2021:



88.    As discussed above, when this firmware update finally did come out, it did not fix the Power Defect.

89.    Newer online complaints also reinforce Plaintiffs' experiences that VIZIO has still not fixed the Power defect:

From June 3, 2022:[45]



William E. Brown

★☆☆☆☆ **Do not buy**
Reviewed in the United States on June 3, 2022
Style: Smart TV

I have had this Vizio for over a year now. At first it was good but as they update the firmware it has gotten worse. I now have to unplug every few days and do a power cycle to get it to turn on. Also it rediscovers my connected soundbar evey time we turn it on. Avoid this tv

2 people found this helpful

---

[45] https://www.amazon.com/gp/customer-reviews/R1QIX03EZYNZF8/ref=cm_cr_othr_d_rvw_ttl?ie=UTF8&ASIN=B09JYN63B5 (last visited Aug 22, 2022).

SECOND AMENDED CLASS ACTION COMPLAINT

From July, 2022:[46]



**Manny Benavides**
@MBen0308

···

Replying to @backlon

Vizio is terrible. I returned my Vizio Oled last week. I prefer my TVs to turn on when I hit the power button. Very disappointed. Great picture when it actually functioned correctly.

7:35 PM · Jan 19, 2022 · Twitter for iPhone

From January 19, 2022:[47]

Silent·Company9454 · 1 mo. ago

I have **power** cycle issues with my 65 pqx H1, it will sometimes not turn off or will sometimes not respond to any controller input, would a firmware solve this in some future, i have read about many others having same or similar issues, the TV did not always do this, and today it will do it randomly at points there are times i can go a whole day with out an issue and there are times it will do it a couple times a day, and i can't return as I am past the warranty

⬆ 1 ⬇   💬 Reply   Give Award   Share   Report   Save   Follow

---

[46] https://www.reddit.com/r/VIZIO_Official/comments/vgwv5p/vizio_oled_and_p_series_firmware_update/?sort=new (last visited Aug. 22, 2022).
[47] https://twitter.com/MBen0308/status/1483961379916713984 (last visited Aug. 22, 2022).

SECOND AMENDED CLASS ACTION COMPLAINT

1

June 23, 2022:[48]

2

3



4

5

6

7

8

9

10    90.    Because of VIZIO's actions, Class Television owners have suffered damages

11 in the form of loss of use, failure of the Class Television's core functionality, loss of the

12 benefit of their bargain, diminution of value of and overpayment for their Class

13 Televisions, and lost time and expense involved in contacting VIZIO and retailers about

14 the problem and waiting for replacements and/or repairs.

15                    **CLASS ACTION ALLEGATIONS**

16    91.    Plaintiffs bring this lawsuit on behalf of themselves and all others similarly

17 situated, as a class action.

18 Plaintiffs seek certification of two classes defined as follows:

19            **California Class:** All individuals who purchased one or more of the

20            Class Televisions in California.

21            **Pennsylvania Class:** All individuals who purchased one or more of

22            the Class Televisions in Pennsylvania.

23    92.    Excluded from the Class is VIZIO, its affiliates, subsidiaries, parents,

24 successors, predecessors, any entity in which VIZIO or its parents have a controlling

25 interest; VIZIO's current and former employees, officers and directors; the Judge(s)

26 and/or Magistrate(s) assigned to this case and their staffs and immediate family members;

27

28 [48] https://twitter.com/ricemn/status/1539979560019689472 (last visited Aug. 22, 2022).

any person who properly obtains exclusion from the Class; any person whose claims have been finally adjudicated on the merits or otherwise released; and the parties' counsel in this litigation. Plaintiffs reserve the right to modify, change, or expand the Class definitions based upon discovery and further investigation.

93. **Numerosity.** The Class is so numerous that joinder of all members is impracticable. Thousands of Class members have been subjected to VIZIO's conduct described herein. The Class is objectively defined and presently ascertainable by reference to records in the possession of VIZIO or third parties.

94. **Existence and Predominance of Common Questions of Fact and Law**. Common questions of law and fact exist as to all members of the Class. These questions predominate over the questions affecting individual Class members. These common legal and factual questions include:

a.   Whether the Class Televisions were defective at the time of sale in that they were prone to failing prematurely due to the camera and battery defects;

b.   Whether VIZIO unlawfully, falsely, deceptively, or misleadingly represented that the Class Televisions had qualities that they did not have;

c.   Whether VIZIO knew of the defect but continued to sell the Class Televisions and failed to disclose the problems and their adverse consequences to consumers;

d.   Whether a reasonable consumer would consider the defect and its consequences to be material;

e.   Whether VIZIO's conduct violates consumer protection laws and other laws as asserted herein;

f.   Whether Plaintiffs and Class members overpaid for their Class Televisions as a result of the defect alleged herein;

g.   Whether VIZIO's conduct was deceitful; and

h.   Whether Plaintiffs and Class members are entitled to equitable relief, including restitution or injunctive relief.

95.   **Typicality**. Plaintiffs' claims are typical of the claims of the Class in that Plaintiffs and all Class members purchased or own defective Class Televisions and sustained economic injury in the same manner by reason of Defendant's uniform course of conduct described herein. Plaintiffs and all Class members have the same claims against VIZIO relating to the conduct alleged herein, and the events and conduct giving rise to Plaintiffs' claims for relief are identical to those giving rise to the claims of all Class members.

96.   **Adequacy**. Plaintiffs are adequate representatives for the Class because their interests do not conflict with the interests of the Class that they seek to represent. Plaintiffs have retained counsel competent and highly experienced in complex class action litigation, including consumer protection and product defect class actions, and counsel intends to prosecute this action vigorously. The interests of the Class will be fairly and adequately protected by Plaintiffs and their counsel.

97.   **Superiority**. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy. Because the amount of each individual Class member's claim is small relative to the complexity of the litigation, and because of VIZIO's financial resources, no Class member is likely to pursue legal redress individually for the violations detailed herein. Individualized litigation would significantly increase the delay and expense to all parties and to the Court and would create the potential for inconsistent and contradictory rulings. By contrast, a class action presents fewer management difficulties, allows claims to be heard which would otherwise go unheard because of the expense of bringing individual lawsuits, and provides the benefits of adjudication, economies of scale, and comprehensive supervision by a single court without the unnecessary duplication of effort and expense that numerous individual actions would engender.

98.   Plaintiffs are unaware of any difficulties that are likely to be encountered in the management of this action that would preclude its maintenance as a class action.

SECOND AMENDED CLASS ACTION COMPLAINT

## PUBLIC INJUNCTIVE RELIEF

99.    Plaintiffs seek an injunction on behalf of themselves, the putative class of similarly situated California residents, and the general public, prohibiting VIZIO from making material omissions to the public and would-be Class Members as to the nature of its Class Televisions. Plaintiffs also seeks a public injunction requiring VIZIO to notify all Class Televisions owners, and the public at large, about the Power Defect, setting forth a description of the Power Defect in the Class Televisions and that the Class Televisions do not perform as marketed and that the Power Defect is not fixable by the current firmware or software updates. VIZIO should also be required to correct its current product advertising and labeling to disclose the Power Defect to unsuspecting consumers.

100.    Class Members and the public at large face a continuing risk of harm that the Power Defect will impact the central functionality of their Class Televisions. VIZIO continues to induce members of the public to purchase the Class Televisions by not disclosing the Power Defect. The injunctive relief sought is essential to stopping VIZIO's continuing deceptive scheme. In the absence of an injunction, VIZIO will remain free to continue to mislead members of the public and would-be Class Members regarding the Power Defect, causing consumers to believe that the Class Televisions are defect-free and do not suffer from the Power Defect.

101.    VIZIO lures consumers into purchasing the Class Televisions by touting the Class Televisions as being the "art of perfection" with "refined attention to every detail" and possessing "unparalleled power."[49] It also touts the Class Televisions as "best in class" and possessing "epic power."[50] VIZIO does not disclose to consumers that Class Televisions are defective, causing the televisions to prematurely power down and fail to power on, a basic function that consumers would expect from any television, not to mention one that they are paying a premium price for. Members of the general public who

---

[49] *See* https://www.vizio.com/en/tv/oled (last visited Aug. 25, 2022).
[50] *See* https://www.vizio.com/en/tv/p-series (last visited Aug. 25, 2022).

SECOND AMENDED CLASS ACTION COMPLAINT

are would-be purchasers of the Class Televisions have the right to know the latent defects with this crucial feature.

102.   The injunctive relief sought by Plaintiffs will protect the public from VIZIO's deceitful marketing practices which omit material facts about the existence of the Power Defect. Plaintiffs seek to enjoin VIZIO from omitting details about the power failures of its Class Televisions to the public.

## CAUSES OF ACTION
### COUNT I

**Violation of the California Unfair Competition Law**
**Cal. Bus. & Prof. Code §§ 17200, *et seq.* ("UCL")**
**(Brought by Plaintiffs Williams and Bogolyubov on behalf of the California Class)**

103.   Plaintiffs reallege and incorporate by reference the preceding paragraphs.

104.   Plaintiffs Williams and Bogolyubov (for purposes of this cause of action, "Plaintiffs") bring this cause of action on behalf of themselves and the California Class.

105.   VIZIO has violated and continues to violate California's UCL, which prohibits unlawful, unfair, and fraudulent business acts or practices.

106.   VIZIO is headquartered in California and directed the design, manufacture, marketing, and sale of Class Televisions from California.

107.   VIZIO's acts and practices, as alleged in this complaint, constitute unlawful, unfair, and fraudulent business practices in violation of the UCL. In particular, VIZIO marketed, distributed, advertised, and sold Class Televisions even though Class Televisions are not durable and are not capable of functioning reliably. Instead, Class Televisions are prone to the Power Defect and failure, preventing Class Televisions from operating reliably and sometimes at all. Despite VIZIO touting Class Televisions as premium products, the Power Defect can render them unusable and unsuitable for their primary purpose. VIZIO failed to disclose material facts concerning Class Televisions performance and reliability at the point of sale and otherwise, despite touting and advertising Class Televisions as a high-quality, durable product.

108.   VIZIO's business acts and practices are unlawful in that they violate the CLRA and other states' consumer protection laws for the reasons set forth in this complaint.

109.   VIZIO's acts and practices also constitute fraudulent practices in that they are likely to deceive a reasonable consumer. As described above, VIZIO knowingly conceals(ed) material facts related to Class Televisions reliability and performance. Had VIZIO not concealed these facts, Plaintiffs, class members, and reasonable consumers would not have purchased a Class Television or would have paid significantly less for it.

110.   VIZIO's conduct also constitutes unfair business practices for at least the following reasons:

    a.    The gravity of harm to Plaintiffs and the proposed Class from VIZIO's acts and practices far outweighs any legitimate utility of that conduct;

    b.    VIZIO's conduct is immoral, unethical, oppressive, unscrupulous, or substantially injurious to Plaintiffs and the members of the proposed Class; and

    c.    VIZIO's conduct undermines and violates the stated policies underlying the CLRA and other states' consumer protection laws—to protect consumers against unfair and sharp business practices and to promote a basic level of honesty and reliability in the marketplace.

111.   As a direct and proximate result of VIZIO's business practices, Plaintiffs and proposed Class members suffered injury in fact and lost money or property, because they purchased and paid for a product that they otherwise would not have (or would have paid less for).

112.   VIZIO's wrongful acts will continue unless restrained and enjoined by order of this Court. Plaintiffs and the proposed Class are entitled to a public injunction and other equitable relief, because of VIZIO's ongoing unfair and deceptive practices, and such other orders as may be necessary to prevent VIZIO's ongoing and future violations of the UCL. Pursuant to Cal. Bus. & Prof. Code § 17203, Plaintiffs are entitled to (i) an order

- 36 -

on behalf of the general public of the State of California enjoining VIZIO from committing violations of the UCL;  (ii) requiring VIZIO to immediately cease the sale of Class Televisions with the Power Defect; (iii) requiring VIZIO to give individualized notice to all consumers who purchased Class Televisions in the State of California during the applicable limitations periods and the public at large of the existence of the Power Defect; (iv) requiring VIZIO to give individualized notice to all consumers who purchased Class Televisions in the State of California within the applicable limitations periods of their rights under the UCL and applicable California law; and (v) establishing an effective monitoring mechanism to ensure VIZIO's continued compliance with the terms of the injunction. Absent injunctive relief in a way that ensures that material information about the Power Defect is fully and accurately disclosed, Plaintiffs and the general public face the injury of being unable to rely on VIZIO's representations in its product advertising and labeling in deciding whether or not they should purchase the product in the future. Plaintiffs and the proposed Class have no alternative adequate remedy at law for injunctive relief.

## COUNT II

**Violations of the California Consumers Legal Remedies Act**
**(Cal. Civ. Code §§ 1750, _et seq._) ("CLRA")**
**(Brought by Plaintiffs Williams and Bogolyubov on Behalf of the California Class)**

113.    Plaintiffs incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

114.    Plaintiffs Williams and Bogolyubov (for purposes of this cause of action, "Plaintiffs") bring this cause of action on behalf of themselves and the California Class.

115.    VIZIO is a "person" as that term is defined in CAL. CIV. CODE § 1761(e).

116.    Plaintiffs and members of the Class are "consumers" as that term is defined in CAL. CIV. CODE §1761(d).

117.    VIZIO engaged in unfair and deceptive acts in violation of the CLRA by the practices described above, and by knowingly and intentionally concealing from Plaintiffs

- 37 -

and the Class members that the Class Televisions suffer from the Power Defect. These acts and practices violate, at a minimum, the following CLRA sections:

(a)(5) Representing that goods or services have sponsorships, characteristics, uses, benefits or quantities which they do not have;

(a)(7) Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; and

(a)(9) Advertising goods and services with the intent not to sell them as advertised.

118.   VIZIO's unfair or deceptive acts or practices occurred repeatedly in its trade or business, and were capable of deceiving a substantial portion of the purchasing public.

119.   VIZIO knew that the Class Televisions were defective, would fail prematurely, and were not suitable for their intended use.

120.   VIZIO was under a duty to Plaintiffs and the Class to disclose the defective nature of the devices because:

a.     VIZIO was in a superior position to know the true state of facts about the defect;

b.     Plaintiffs and the Class members could not reasonably have been expected to learn or discover that the devices had a defect at the time of purchase; and

c.     VIZIO knew that Plaintiffs and the Class members could not reasonably have been expected to learn or discover the defect and the associated costs until the manifestation of the defect.

121.   In failing to disclose the Power Defect and the associated costs and harm that result from it, VIZIO has knowingly and intentionally concealed material facts and breached its duty to disclose this material information.

122.   The facts concealed or not disclosed by VIZIO to Plaintiffs and the Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase the devices or pay a lesser price. Had Plaintiffs

and the Class known about the defective nature of the Class Televisions, they would not have purchased the Class Televisions or would have paid less for them than they did.

123.   As a direct and proximate result of VIZIO's conduct, Plaintiffs and Class members have been harmed, including, but not limited to: (1) paying more for the Class Televisions than they were worth and more than Plaintiffs and Class Members would have had they known of the defect, (2) paying out of pocket in an attempt to repair the defect and/or for replacement controllers; and (3) lost time addressing the Power Defect.

124.   VIZIO'S wrongful acts will continue unless restrained and enjoined by order of this Court. Injunctive relief by and large would benefit the general public here. Injunctive relief benefits Plaintiffs only incidentally as members of the general public because Plaintiffs have already been injured by and are therefore aware of the alleged misconduct of VIZIO. Plaintiffs and the proposed Class are entitled to a public injunction and other equitable relief, because of VIZIO's ongoing unfair and deceptive practices, and such other orders as may be necessary to prevent VIZIO's ongoing and future violations of the CLRA. Plaintiffs seek a public injunction (i) enjoining VIZIO from engaging in violations of the CLRA; (ii) requiring VIZIO to immediately cease selling Class Televisions with the Power Defect; (iii) requiring VIZIO to give individualized to all consumers who Class Televisions in the State of California and the public at large of the existence of the Power Defect, including through corrective advertising; and (v) establishing an effective monitoring mechanism to ensure VIZIO's continued compliance with the terms of the injunction.   Absent injunctive relief in a way that ensures that material information about the Power Defect is fully and accurately disclosed, Plaintiffs and the general public face the injury of being unable to rely on VIZIO's representations in its product advertising and labeling in deciding whether or not they should purchase the product in the future. Plaintiffs and the proposed Class have no alternative adequate remedy at law for injunctive relief.

125.   Plaintiffs sent CLRA notices on behalf of themselves and a Class of similarly situated individuals to VIZIO on August 9 and 10, and December 15 of 2021, providing

SECOND AMENDED CLASS ACTION COMPLAINT

the notice required by CAL. CIV. CODE § 1782(a). VIZIO did not cure the violations of the CLRA alleged herein within the 30-day period, and thus Plaintiffs seek an award of damages on behalf of the Class.

126.   Plaintiffs further seek an order awarding costs of court and attorneys' fees pursuant to CAL. CIV. CODE § 1780(e).

127.   Attached hereto as Exhibit "A" are CLRA venue declarations submitted pursuant to CAL. CIV. CODE 1780(d).

## COUNT III

### Breach of Express Warranty
**(Brought on behalf of Plaintiffs Williams and Bogolyubov and the California Class under California law and on behalf of Plaintiff Kavehrad and the Pennsylvania Class under Pennsylvania law )**

128.   Plaintiffs incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

129.   VIZIO is a "merchant" as defined under the Uniform Commercial Code ("UCC") as adopted under California and Pennsylvania law.

130.   The Class Televisions are "goods" as defined under the UCC as adopted under California and Pennsylvania law.

131.   VIZIO expressly warranted that the Class Televisions were of high quality and, at a minimum, would actually work properly. VIZIO specifically warranted attributes and general functionality of the Class Televisions, including that the Class Televisions were "the art of perfection" with "refined attention to every detail" and "unparalleled power."

132.   VIZIO also expressly warranted that it would repair and/or replace defects in material and/or workmanship free of charge that occurred during the applicable warranty period of one year from the date of original purchase.

133.   VIZIO's Limited Warranty provides:

SECOND AMENDED CLASS ACTION COMPLAINT

> VIZIO warrants the product against defects in materials and workmanship when the product is used normally in accordance with VIZIO's user guides and manuals.[51]

134.   These warranties formed the basis of the bargain that was reached when Plaintiffs and other Class members purchased Class Televisions.

135.   VIZIO offers the Limited Warranty to consumers on a take-it-or-leave it basis, and customers had no ability to negotiate the terms of the warranty prior to or after purchasing the Class Televisions. VIZIO also maintains all of the leverage in enforcing the warranty terms and maintains the "option" of whether to repair or replace a defective product or refund the purchase price for a product that fails during the warranty period. Any such replacement parts "may be new or recertified" but at VIZIO's "option and sole discretion." VIZIO also requires that any customer "obtain pre-authorization before sending [a] product to a VIZIO service center."

136.   Looking at the totality of the circumstances, VIZIO's express warranty provision is unconscionable and unenforceable under these circumstances.  VIZIO's warranty limitation is unenforceable because it knowingly sold a defective product without informing consumers about the Power Defect. The time limits contained in VIZIO's warranty period were also unconscionable and inadequate to protect Plaintiffs and Class Members. Among other things, Plaintiffs and Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favor VIZIO. A gross disparity in bargaining power exists between VIZIO and Class Members, and VIZIO knew or should have known that the Class Televisions were defective at the time of sale and would fail well before the end of their useful lives.

---

[51] https://www.vizio.com/en/terms/warranty-and-returns; *see also* https://www.vizio.com/content/dam/vizio/us/en/images/product/2020/tvs/oled/oled55-h1/2021_OLED55-H1_OLED65-H1-UM-ENG.pdf; User Manual: P65Q9-H1, P65Q9-H61, P75Q9-H1, P75Q9-H61 ENG (vizio.com); User Manual: P65QX-H1, P75QX-H1, P85QX-H1 ENG (vizio.com).

SECOND AMENDED CLASS ACTION COMPLAINT

137.   In the alternative, if the Limited Warranty is enforceable, VIZIO breached its warranties by selling to Plaintiffs and the Class Members the Class Televisions with a known materials and workmanship defect, and which are not of high quality, and are predisposed to fail prematurely and/or fail to function properly. VIZIO also breached its warranty by failing to provide an adequate repair when contacted by Plaintiffs and the Class members following manifestation of the defect.

138.   As a result of VIZIO's actions, Plaintiffs and Class members have suffered economic and other related damages.

139.   Plaintiffs and the Class members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of VIZIO's conduct described herein.

140.   Plaintiffs notified VIZIO of the breach within a reasonable time or were not required to do so, because affording VIZIO a reasonable opportunity to cure its breach of written warranty would have been futile. Further, even for those Class Members who have been able to contact VIZIO customer support about the Power Defect, VIZIO has not represented that it has any fix for the Power Defect and has not otherwise provided adequate repairs.

141.   As a direct and proximate cause of VIZIO's breach, Plaintiffs and Class Members bought Class Televisions they otherwise would not have, overpaid for their Class Televisions, did not receive the benefit of their bargain, and their Class Televisions suffered a diminution in value. Plaintiffs and Class Members have and will continue to incur costs for repair and replacement of their defective Class Televisions.

142.   Plaintiffs and Class Members are entitled to legal and equitable relief against VIZIO, including damages, consequential damages, specific performance, attorney fees, costs of suit, and such further relief as the Court may deem proper.

## COUNT IV
### Breach of the Implied Warranty of Merchantability
**(Brought on behalf of Plaintiffs Williams and Bogolyubov and the California Class under California law and on behalf of Plaintiff Kavehrad and the Pennsylvania Class under Pennsylvania law)**

143. Plaintiffs incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

144. VIZIO is a "merchant" as defined under the UCC as adopted under California and Pennsylvania law.

145. The Class Televisions are "goods" as defined under the UCC as adopted under California and Pennsylvania.

146. A warranty that Class Televisions were in merchantable quality and condition is implied by law in transactions for the purchase of Class Televisions. VIZIO impliedly warranted that Class Televisions were of good and merchantable condition and quality, fit for their ordinary intended use, including with respect to reliability, operability, and substantial freedom from defects.

147. Further, VIZIO's Limited Warranty provides: "ANY IMPLIED WARRANTIES, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, WILL BE LIMITED IN DURATION TO THE WARRANTY PERIOD SET FORTH ABOVE."[52]

148. The Class Televisions, when sold, and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose for which they are used for the duration of the Limited Warranty period. The Power Defect renders the televisions unmerchantable, as they are unreliable, partially or fully inoperable, and not substantially free from defects. The Power Defect renders the Class Televisions unusable for their ordinary purposes, because the televisions will power down and/or fail to power back on intermittently and without warning.

---

[52] https://www.vizio.com/en/terms/warranty-and-returns.

149.   VIZIO was provided with notice of the issues complained of herein by numerous complaints against them both online and to VIZIO customer service and including the instant lawsuit, within a reasonable amount of time.

150.   Plaintiffs and the other Class members have had sufficient direct dealings with either VIZIO or its agents to establish privity of contract between VIZIO on one hand, and Plaintiffs and each of the Class members on the other hand. Nonetheless, privity is not required here because Plaintiffs and each of the Class members are intended third-party beneficiaries of contracts between VIZIO and its third-party retailers, and specifically, of VIZIO's implied warranties. The dealers were not intended to be the ultimate consumers of the devices and have no rights under the warranty agreements; the warranty agreements were designed for and intended to benefit the consumers only.

151.   As a direct and proximate result of the breach of said warranties, Plaintiffs and Class members were injured, and are entitled to damages.

### COUNT V
**Unjust Enrichment/Quasi Contract**
**(Pleading in the Alternative to Plaintiffs' Warranty-Based Claims)**
**(Brought on behalf of Plaintiffs Williams and Bogolyubov and the California Class under California law and on behalf of Plaintiff Kavehrad and the Pennsylvania Class under Pennsylvania law)**

152.   Plaintiffs incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

153.   This claim is pleaded in the alternative to the other warranty-based claims set forth herein should the Court deem the warranty claims unenforceable.

154.   As the intended and expected result of its conscious wrongdoing, VIZIO has profited and benefited from the purchase of Class Televisions with the defect.

155.   VIZIO has voluntarily accepted and retained these profits and benefits, with full knowledge and awareness that, as a result of VIZIO's misconduct alleged herein, Plaintiffs and the Class were not receiving devices of the quality, nature, fitness, or value that had been represented by VIZIO, and that a reasonable consumer would expect.

Specifically, Plaintiffs and the Class Members expected that when they purchased their devices, they would not suffer from the Power Defect.

156.   VIZIO has been unjustly enriched by its fraudulent, deceptive, unlawful, and unfair conduct, and its withholding of benefits and unearned monies from Plaintiffs and the Class, at the expense of these parties.

157.   Equity and good conscience militate against permitting VIZIO to retain these profits and benefits.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, individually and on behalf of members of the Class, respectfully requests that the Court certify the proposed Class, designate Plaintiffs as Class representatives, appoint the undersigned as Class Counsel, and enter judgment through an Order:

A.   Temporarily and permanently enjoining VIZIO from continuing the unlawful, deceptive, fraudulent, and unfair business practices alleged in this Complaint;

B.   Public injunctive relief in the form of notice of the existence of the Power Defect to all class members and the consuming public, including through corrective advertising;

C.   Awarding compensatory damages—including for overpayment at the point of sale, out of pocket expenses to address the defect, and for lost time addressing the defect—to Plaintiffs and members of the Class in an amount to be proven at trial;

D.   Equitable relief in the form of buyback of the devices;

E.   Costs, restitution, damages, including punitive damages, treble damages penalties, and disgorgement in an amount to be determined at trial;

F.   An Order requiring VIZIO to pay both pre- and post-judgment interest on any amounts awarded.

G.   Awarding reasonable attorneys' fees and costs as permitted by law;

H.   Entering such other or further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury for all claims so triable.

Dated: August 25, 2022                    Respectfully submitted,

By:    /s/ Tina Wolfson
             Tina Wolfson

Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-4521

Benjamin F. Johns (admitted *pro hac vice*)
bfj@chimicles.com
Samantha E. Holbrook (admitted *pro hac vice*)
seh@chimicles.com
Alex M. Kashurba (admitted *pro hac vice*)
amk@chimicles.com
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

*Counsel for Plaintiffs and the Putative Class*

- 46 -