Michael D. Adams (State Bar No. 185835)
madams@rutan.com
Lucas K. Hori (State Bar No. 294373)
lhori@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant
VIZIO INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR KAVEHRAD, DEREK WILLIAMS, and NIKITA BOGOLYUBOV, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>VIZIO INC.,<br><br>　　　　Defendant. | Case No. 8:21-cv-01868 JLS (DFMx)<br><br>Hon. Josephine L. Staton<br><br>**JOINT STIPULATION TO MODIFY CASE SCHEDULING ORDER** |

Plaintiffs Amir Kavehrad, Derek Williams, and Nikita Bogolyubov ("Plaintiffs"), and Defendant VIZIO Inc. ("Defendant" and together with Plaintiffs, the "Parties"), through their counsel of record and based on the good cause described herein, submit this joint stipulation to modify the November 16, 2022, case scheduling order (the "Scheduling Order") in this putative class action to extend deadlines for good cause, including to allow for completion of further discovery before Plaintiffs' deadline for moving for class certification.

## *RECITALS*

On November 16, 2022, the Court issued the operative scheduling order in this action. (Dkt. 48.) Among other thing, the Scheduling Order provides that Plaintiffs will file any motion for class certification on or before August 4, 2023, and sets December 29, 2023, as the fact discovery cut-off. (*Id.*)

On January 26, 2023, the Court issued an order granting in part and denying in part Defendant's motion to dismiss Plaintiffs' Second Amended Complaint. (Dkt. 59.)

Plaintiffs subsequently filed a Third Amended Complaint on February 9, 2023. (Dkt. 61.) Following a meet and confer, Plaintiffs filed a Fourth Amended Complaint on February 28, 2023, removing certain allegations. (Dkt. 65.) Defendant filed an Answer to the Fourth Amended Complaint on March 14, 2023, putting the case at-issue as of that date. (Dkt. 66.)

The Parties have been engaged in and have conducted discovery during the pendency of Defendant's motions to dismiss. During that time period, the parties have cooperatively conferred on e-discovery protocols and entered a protective order. The parties have also conferred on jointly acceptable e-discovery search terms and parameters for Defendant's document productions, which have then been used to search Defendant's email and customer service records. To date, these searches have yielded tens of thousands of records. Defendant's counsel has staffed a team of six attorneys to diligently review these records for privilege and responsiveness, and has

produced thousands of pages of records via rolling productions. The most recent productions have been made on March 3, May 26, and June 9, 2023.

The appropriate scope of discovery was not fully resolved until the pleadings were settled. Defendant's document review remains ongoing and Defendant continues to provide rolling productions. Further, Plaintiffs' counsel requires time to review analyze document productions, and the parties also wish to complete key depositions before Plaintiffs' class certification deadline. To allow time to complete these discovery tasks, the parties agree that good cause exists for a brief extension of Plaintiffs' deadline to file a motion for class certification, as set forth below.

This is the second extension the parties have requested of the class certification filing deadline. (*See* Dkt. 47.) The parties anticipate that they will continue to meet and confer and work diligently toward a timely resolution of these issues, consistent with Rule 1 of the Federal Rules of Civil Procedure.

### *STIPULATION*

Based on the foregoing, the Parties agree that good cause exists for a limited continuance of the case deadlines set forth in the Scheduling Order, including the class certification filing deadline and the fact discovery cut-off.

Specifically, the Parties agree that good cause exists to continue the current class certification filing deadline three months from August 4, 2023, to November 3, 2023, in order to allow the pleadings to be settled before class certification briefing. The Parties correspondingly agree that good cause exists to continue the remaining case deadlines for three months (with minor adjustments to ensure the new deadlines fall on Fridays consistent with the Scheduling Order), as follows:

Rutan & Tucker, LLP
attorneys at law

2610/032882-0008
19258207.2 a06/21/23

-3-

JOINT STIPULATION TO MODIFY CASE
SCHEDULING ORDER

| *Event* | *Current Deadline* | *Three-Month Continuance* |
|---|---|---|
| Last Day to File a Motion for Class Certification | August 4, 2023, with motion hearing to be noticed no earlier than September 1, 2023 (four weeks' notice period). | November 3, 2023, with motion hearing to be noticed no earlier than February 9, 2023 (14 weeks' notice period). |
| Fact Discovery Cutoff | December 29, 2023 | March 29, 2024 |
| Last Day to File Motions (Excluding *Daubert* Motions and all other Motions in Limine) | January 12, 2024 | April 12, 2024 |
| Last Day to Serve Initial Expert Reports | January 12, 2024 | April 12, 2024 |
| Last Day to Serve Rebuttal Expert Reports | February 9, 2024 | May 10, 2024 |
| Expert Discovery Cutoff | March 8, 2024 | June 7, 2024 |
| Last Day to Conduct Settlement Proceedings | March 29, 2024 | June 28, 2024 |
| Last Day to File Motions in Limine and Daubert Motions | August 23, 2024 | November 22, 2024 |
| Final Pretrial Conference (10:30 a.m.) | September 20, 2024 | December 20, 2024 |

The Parties respectfully request that the Court enter the concurrently filed Proposed Order granting this stipulation.

| | | |
|---|---|---|
| 1 | **SO STIPULATED.** | |
| 2 | | |
| 3 | Dated: June 21, 2023 | RUTAN & TUCKER, LLP<br>MICHAEL D. ADAMS<br>LUCAS K. HORI |
| 4 | | |
| 5 | | By:     */s/ Michael D. Adams* |
| 6 | | Michael D. Adams<br>Attorneys for Defendant<br>VIZIO INC. |
| 7 | | |
| 8 | Dated: June 21, 2023 | CHIMICLES SCHWARTZ KRINER &<br>DONALDSON-SMITH LLP<br>ALEX M. KASHURBA |
| 9 | | |
| 10 | | |
| 11 | | By:     */s/ Alex M. Kashurba* |
| 12 | | Alex M. Kashurba (*Pro Hac Vice*)<br>Attorneys for Plaintiffs<br>AMIR KAVEHRAD, DEREK<br>WILLIAMS and NIKITA<br>BOGOLYUBOV |
| 13 | | |
| 14 | | |

Rutan & Tucker, LLP
attorneys at law

2610/032882-0008
19258207.2 a06/21/23

-5-

JOINT STIPULATION TO MODIFY CASE
SCHEDULING ORDER

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer attests on the signature page of this document that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 21, 2023

RUTAN & TUCKER, LLP
MICHAEL D. ADAMS
LUCAS K. HORI

By: */s/ Michael D. Adams*
    Michael D. Adams
    Attorneys for Defendant
    VIZIO INC.