# NO FURTHER EXTENSIONS WILL BE GRANTED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR KAVEHRAD, DEREK WILLIAMS, and NIKITA BOGOLYUBOV, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>VIZIO INC.,<br><br>　　　　　Defendant. | Case No.  8:21-cv-01868 JLS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY CASE SCHEDULING ORDER (Doc. 67)** |

## ORDER

Having reviewed the parties' Joint Stipulation to Modify Case Scheduling Order (Doc. 67), and good cause appearing, the Court hereby **ORDERS** that the case scheduling deadlines set forth in the Court's November 16, 2022, Scheduling Order (Doc. 48) are continued as follows:

| *Event* | *Current Deadline* | *New Deadline* |
|---|---|---|
| Last Day to File a Motion for Class Certification | August 4, 2023, with motion hearing to be noticed no earlier than September 1, 2023 (four weeks' notice period). | November 3, 2023, with motion hearing to be noticed no earlier than February 9, 2023 (14 weeks' notice period). |
| Fact Discovery Cutoff | December 29, 2023 | March 29, 2024 |
| Last Day to File Motions (Excluding *Daubert* Motions and all other Motions in Limine) | January 12, 2024 | April 12, 2024 |
| Last Day to Serve Initial Expert Reports | January 12, 2024 | April 12, 2024 |
| Last Day to Serve Rebuttal Expert Reports | February 9, 2024 | May 10, 2024 |
| Expert Discovery Cutoff | March 8, 2024 | June 7, 2024 |
| Last Day to Conduct Settlement Proceedings | March 29, 2024 | June 28, 2024 |
| Last Day to File Motions in Limine and Daubert Motions | August 23, 2024 | November 22, 2024 |

2

| Final Pretrial Conference (10:30 a.m.) | September 20, 2024 | December 20, 2024 |

**IT IS SO ORDERED.**

DATED:  June 27, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

3