J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR KAVEHRAD, DEREK WILLIAMS, and NIKITA BOGOLYUBOV, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>VIZIO INC.,<br><br>　　　　　Defendant. | Case No. 8:21-cv-01868 JLS (DFMx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL (Doc. 74)** |

Based on the stipulation of the parties (Doc. 74) and for good cause shown, the Court **ORDERS** that the above-captioned action is hereby dismissed in its entirely, with each Party to bear their own attorneys' fees and costs. Plaintiffs' individual claims are dismissed with prejudice and Plaintiffs' putative class claims are dismissed without prejudice.

**IT IS SO ORDERED.**

DATED:  February 5, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE